UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

  FRED W. RICHARDSON,

                Plaintiff,

v.                                  **OPINION AND ORDER**

  EVITA HINDS,                   18-cv-5345 (PMH)

                Defendants.
--------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

      The Case Management Conference scheduled for August 3, 2020 is adjourned until August 24, 2020 at 11:00 a.m. At the time of the scheduled conference all parties shall call (888) 398-2342; access code: 3456831. It is the responsibility of counsel for Defendant to make prior arrangements with the appropriate facility to have the Plaintiff available via telephone.

                                   **SO ORDERED:**

Dated: New York, New York
       August 3, 2020

                               _____
                                Philip M. Halpern
                                United States District Judge