UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

FRED W. RICHARDSON,   **ORDER**

              Plaintiff,   18-CV-05345-PMH

v.

EVITA HINDS,

             Defendant.

----------------------------------------------------------X

By letter dated December 10, 2020, and filed via ECF on January 5, 2021, *pro se* Plaintiff informed the Court that he was "uninterested in moving forward" with this action and sought to voluntarily dismiss his claims. (Doc. 60). By letter dated January 19, 2021, Defendant notified the Court that she has no objection to Plaintiff's request that the Court voluntarily dismiss Plaintiff's action.

Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(2), the Court dismisses Plaintiff's action.

The Clerk is directed to terminate this action. Additionally, the Clerk is directed to mail a copy of this Order to Plaintiff at the address provided on the docket.

Dated: New York, New York   SO ORDERED:
       January 20, 2021

                                                                                   Philip M. Halpern
                                                                                   United States District Judge